DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CODY HAYDON,

Appellant,

v.

JOHN THAYER HAYDON,

Appellee.

No. 2D22-3008

_____

September 15, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pinellas County; David R. Ellis, Judge.

Erin Pogue Newell and Shannon McLin of Florida Appeals, Orlando, for Appellant.

Michael J. Park of Park, Ossian, Barnaky & Park, P.A., Clearwater, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, CASANUEVA, and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.